AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF __MASSACHUSETTS__

FLORENCE BICKMORE

V.

US AIRWAYS

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04-10326JLT

TO: (Name and Address of Defendant)

US AIRWAYS
2345 Crystal Drive
Arlington, VA 22227

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

DAVID B. KAPLAN, ESQUIRE
KAPLAN BOND GROUP
Boston Fish Pier, West Building, Suite 304
Boston, MA 02210
(617) 361-0800

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

February 17, 2004
DATE

_____
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE FEBRUARY 26, 2004  12:05 p.m. |
| NAME OF SERVER (PRINT) EDDIE W. NULL, SR. | TITLE PRIVATE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED UPON U.S. AIRWAYS, c/o CONNIE O'REILLY, LEGAL ASSISTANT, AT 2345 CRYSTAL DRIVE, ARLINGTON, VA 22227

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $55.00 | TOTAL $55.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-26-2004
Date

Signature of Server

Address of Server
Tiger Legal Services
P.O. Box 329
Manassas, VA 20108

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.