UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLORENCE BICKMORE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> US AIRWAYS ) <br> ) <br> Defendants. ) | C.A. NO. 04-10326JLT |

## NOTICE OF APPEARANCE

Please enter the appearance of Richard P. Campbell and Kathleen M. Guilfoyle as counsel for the defendant US Airways, Inc.

US AIRWAYS, INC.,

By its Attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

*/s/ Kathleen M. Guilfoyle*
Richard P. Campbell, BBO # 071600
Kathleen M. Guilfoyle, BBO# 546512
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on 3/8/04.

*/s/ Kathleen M. Guilfoyle*