UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLORENCE BICKMORE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>US AIRWAYS )<br>)<br>Defendants. )<br>) | C.A. NO. 04-10326JLT |

## NOTICE OF APPEARANCE

Please enter the appearance of Richard P. Campbell and Kathleen M. Guilfoyle as counsel for the defendant US Airways, Inc.

US AIRWAYS, INC.,

By its Attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

*/s/ Kathleen M. Guilfoyle*
Richard P. Campbell, BBO # 071600
Kathleen M. Guilfoyle, BBO# 546512
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by hand on 3/8/04.

*/s/ Kathleen M. Guilfoyle*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLORENCE BICKMORE<br><br>Plaintiff,<br><br>v.<br><br>US AIRWAYS<br><br>Defendants. | C.A. NO. 04-10326JLT |

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO LOCAL RULE 7.3(A)

Pursuant to Local Rule 7.3(A) of the Local Rules of the United Sates District Court for the District of Massachusetts, defendant US Airways, Inc. states that it's parent corporation is US Airways Group, Inc., 2345 Crystal Drive, Arlington, VA 22227. Further responding, US Airways, Inc. states that there is no publicly held company that owns 10% or more of its stock.

US AIRWAYS, INC.,

By its Attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by hand on 3/9/04.

Richard P. Campbell, BBO # 071600
Kathleen M. Guilfoyle, BBO# 546512
One Constitution Plaza
Boston, MA 02129
(617) 241-3000