UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLORENCE BICKMORE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>US AIRWAYS )<br>)<br>Defendants. )<br>) | C.A. NO. 04-10326JLT |

TO:  David B. Kaplan, Esquire
     The Kaplan/Bond Group
     Boston Fish Pier
     West Building – Suite 304
     Boston, MA  02210

## NOTICE OF INJUNCTION

Defendant US Airways, Inc. (the "defendant"), by its attorneys, Campbell Campbell Edwards & Conroy hereby notifies the Court that the plaintiff Florence Bickmore ("the plaintiff") is enjoined from pursuing her claim against US Airways at this time for the reasons listed below.  US Airways further advises the Court that a Stipulation lifting the Plan Injunction and permitting the plaintiff to proceed with her claim, to extent covered by insurance, is being drafted by US Airways' bankruptcy counsel and we expect that this injunction will be lifted within approximately two to three weeks.

1. As set forth in her Complaint, the plaintiff's claim arises out of damages allegedly sustained by plaintiff ("the plaintiff") when she fell at Logan International Airport on June 21, 2002. The plaintiff, a passenger on US Airways, was on her way to meet a connecting US Airways flight when the accident occurred. The plaintiff alleges that US Airways agreed to provide wheelchair assistance and then failed to honor the agreement.

2. On August 11, 2002, US Airways filed a Chapter 11 bankruptcy petition with the United States Bankruptcy Court for the Eastern District of Virginia in Alexandria. The bankruptcy case number is 02-83985 and it is assigned to Judge Stephen S. Mitchell. A copy of the Notice of Bankruptcy Case Filing is attached hereto as Exhibit A.

3. On January 17, 2003, US Airways filed its First Amended Joint Plant of Reorganization with the Bankruptcy Court ("the Plan"), a copy of which is attached hereto as Exhibit B. On March 18, 2003, the Bankruptcy Court entered its Findings of Fact, Conclusions of Law and Order under 11 U.S.C. §§1129(a) and (b) and Fed. R. Bankr. P. 3020 Confirming the Plan (the "Confirmation Order"), a copy of which is attached hereto as Exhibit C. The effective date of the Plan was March 31, 2003.

4. Pursuant to Section 11.10 of the Plan and Paragraph 11 of the Confirmation Order, all persons who held, hold or may hold claims against the Reorganized Debtors prior to the Effective Date [March 31, 2003] shall be precluded and permanently enjoined on and after the Effective Date from, among other things, commencing or continuing in any manner an action to seek recovery for damages on the Claims (the "Plan Injunction"). Since the plaintiffs' claim arose in June 21, 2002, prior

to the filing of the bankruptcy petition by US Airways, the plaintiff is enjoined from commencing an action against US Airways for such claim at this time.

5. US Airways expects that the injunction will be lifted within two to three weeks and, at that time, it will file an answer in this action.

US AIRWAYS, INC.,
By its Attorneys,

CAMPBELL CAMPBELL EDWARDS &
CONROY
PROFESSIONAL CORPORATION

*Kathleen M. Guilfoyle*
Richard P. Campbell, BBO # 071600
Kathleen M. Guilfoyle, BBO# 546512
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on 3/8/04.

*Kathleen M. Guilfoyle*

3