UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLORENCE BICKMORE<br><br>Plaintiff,<br><br>v.<br><br>US AIRWAYS, INC.<br><br>Defendant. | C.A. NO. 04-10326JLT |

### ANSWER AND JURY DEMAND
### OF DEFENDANT US AIRWAYS, INC.

Defendant US Airways, Inc. (the "US Airways") responds as follows to the Answer and Jury Demand of plaintiff Florence Bickmore ("the plaintiff").

### THE PARTIES

1. US Airways is without information or knowledge sufficient to form a belief as to the truth of the averments contained in Paragraph 1 of the Complaint.

2. US Airways admits the averments contained in Paragraph 2 of the Complaint.

### JURISDICTION

3. US Airways states that the averments contained in Paragraph 3 of the Complaint contain legal conclusions to which no responsive pleading is required. To the extent a responsive pleading is required, US Airways denies the averments contained in Paragraph 3 of the Complaint.

4-5. US Airways is without information or knowledge sufficient to form a belief as to the truth of the averments contained in Paragraphs 4 and 5 of the Complaint.

6. US Airways denies the averments contained in Paragraph 6 of the Complaint.

7. US Airways is without information or knowledge sufficient to form a belief as to the truth of the averments contained in Paragraph 7 of the Complaint.

## COUNT I
### (Negligence)

8. US Airways realleges and incorporates herein its responses to Paragraphs 1 through 7 of the Complaint as if expressly restated herein.

9. US Airways denies the averments contained in Paragraph 9 of Count I of the Complaint.

10. US Airways is without information of knowledge sufficient to form a belief as to the truth of the averments contained in Paragraph 10 of Count I of the Complaint.

11. US Airways states that the averments contained in Paragraph 11 of Count I of the Complaint contain a legal conclusion to which no responsive pleading is required.

### REQUEST FOR RELIEF

1-2. US Airways requests that the court enter judgment in favor of US Airways dismissing Count I of the plaintiff's Complaint and for all other relief as this court deems just and proper.

2

## COUNT II
## BREACH OF CONTRACT

12. US Airways realleges and incorporates by reference its responses to Paragraphs 1 through 11 of the Complaint as if expressly restated herein.

13. US Airways is without information or knowledge sufficient to firm a belief as to the truth of the averments contained in Paragraph 13 of Count II of the Complaint.

14. US Airways denies that it breached any contract with the plaintiff. Further responding, US Airways is without information or knowledge sufficient to form a belief as to the truth of the remaining averments contained in Paragraph 14 of Count II of the Complaint.

15. US Airways denies the averments contained in Paragraph 15 of Count II of the Complaint.

## REQUEST FOR RELIEF

1-2. US Airways requests that the court enter judgment in favor of US Airways dismissing Count II of the plaintiff's Complaint and for all other relief as this court deems just and proper.

## COUNT II
## BREACH OF EXPRESS WARRANTY

16. US Airways realleges and incorporates by reference its responses to Paragraphs 1 through 15 of the Complaint as if expressly restated herein.

17. US Airways is without information or knowledge sufficient to form a belief as to the truth of the averments contained in the first sentence of Paragraph 17 of

Count III of the Complaint. US Airways denies the remaining averments contained in Paragraph 17 of Count III of the Complaint.

## REQUEST FOR RELIEF

1-2. US Airways requests that the court enter judgment in favor of US Airways dismissing Count III of the plaintiff's Complaint and for all other relief as this court deems just and proper.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted against US Airways.

## SECOND AFFIRMATIVE DEFENSE

The plaintiff's claims are barred in whole or in part because Florence Bickmore proximately caused her own injuries by failing to exercise reasonable care for her own safety.

## THIRD AFFIRMATIVE DEFENSE

The plaintiff's claims are barred because Florence Bickmore's alleged injuries and damages were caused by the acts or omissions of third-parties over whom US Airways exercised no control and for whom US Airways bears no responsibility.

## FOURTH AFFIRMATIVE DEFENSE

The plaintiff's claims are barred in whole or in part because she failed to mitigate her damages.

## FIFTH AFFIRMATIVE DEFENSE

The plaintiff's claims are barred because the conduct of Florence Bickmore, considered alone, or in conjunction with that of other parties, was the sole proximate cause of the alleged injuries and damages.

## SIXTH AFFIRMATIVE DEFENSE

The plaintiff's claims are barred because the alleged injuries and damages were caused by the intervening and superseding actions of persons for whose conduct US Airways bears no responsibility.

## SEVENTH AFFIRMATIVE DEFENSE

The plaintiff cannot state a claim for breach of contract against US Airways as US Airways did not breach its contract.

## EIGHTH AFFIRMATIVE DEFENSE

The plaintiff is barred from recovery against US Airways because the plaintiff failed to provide sufficient information regarding her claim or of any alleged breach of warranty in a timely fashion and US Airways has been prejudiced by that failure.

## DEMAND

US Airways, Inc. requests a jury trial on all counts so triable.

US AIRWAYS, INC.,

By its Attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

*Kathleen M. Guilfoyle*
Richard P. Campbell, BBO # 071600
Kathleen M. Guilfoyle, BBO# 546512
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on 4/14/04.

*Kathleen M. Guilfoyle*

6