```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

FLORENCE BICKMORE,
      Plaintiff,              )
                              )
      V                       )        CA 04-10326-JLT
                              )
US AIRWAYS                    )
      Defendant.              )
```

NOTICE OF CANCELLATION AND RE-SCHEDULING

The scheduling conference set for June 24, 2004 has been canceled.

It has been re-scheduled for: July 1, 2004 at 10:00 a.m.

By the court,
/s/

Zita Lovett
Deputy Clerk,
(617) 748-9183

6/16/04