UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 10326 JLT

*************************
FLORENCE BICKMORE          *
    Plaintiff              *
                           *
v.                         *
                           *
US AIRWAYS                 *
    Defendants             *
*************************

FILED IN CLERKS OFFICE
2004 JUN 24 A 11: 03
U.S. DISTRICT COURT
DISTRICT OF MASS.

## PLAINTIFF'S AUTOMATIC DISCLOSURE PURSUANT TO RULE 26(a)(1)

Now comes the plaintiff, Florence Bickmore, by her attorney, and submits her Automatic Disclosure pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Rule 26.2 of the Local Rules for the District of Massachusetts.

### A.   INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

1. Florence Bickmore, 191 Grove Street, Linden Terrace, Apt. 25, Rutland, VT 05701;
2. Jerry Bardwell, 191 Grove Street, Linden Terrace, Apt. 25, Rutland, VT 05701;
3. Jean Novak, 6921 NW 24th Street, Sunrise, FL 33313;
4. Dr. Greg Johnson, Boston Medical Center, 850 Harrison Avenue, Boston, MA 02118;
5. Dr. Andrew Stein, Boston University Orthopedic Surgeons, 850 Harrison Avenue, Boston, MA 02118;
6. Dr. Joseph Vargas, Rutland Regional Medical Center, 160 Allen Street, Rutland, VT 05701; and
7. Employees of Haven Health Center of Rutland, 46 Nichol Street, Rutland, VT 05701.

Plaintiff reserves the right to include all witnesses named by the defendant.

B. **DOCUMENTS**

Medical records of Boston Medical Center
Medical record of Rutland Regional Medical Center
Medical records of Vermont Orthopedic Medical Center
Haven Health Center of Rutland

Plaintiff reserves the right to offer any of the documents submitted by the defendant.

The defendant will agree to produce all non-privileged documentation as set forth upon request.

C. **COMPUTATION OF DAMAGES**

Medical Bills to date            $    63,245.17

Pain & Suffering:
It is reasonable to assume that a jury verdict would exceed $1 million ($1,000,000) dollars.

Residual:
Plaintiff is still undergoing extensive medical treatment and reserves the right to supplement this disclosure concerning this matter as discovery progresses.

D. **INSURANCE AGREEMENTS**

Not Applicable.

Respectfully submitted
by her attorney,

*/s/ David B. Kaplan*
DAVID B. KAPLAN #258540
The Kaplan/Bond Group
Boston Fish Pier
West Building - Suite 304
Boston, MA 02210
(617) 261-0080

DATED: 6/23/04