UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 24 P 12: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

FLORENCE BICKMORE )
)
Plaintiff, )
)
v. ) C.A. NO. 04-10326JLT
)
US AIRWAYS, INC. )
)
Defendants. )

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Plaintiff Florence Bickmore ("the plaintiff") and defendant US Airways, Inc. ("US Airways") (collectively referred to as "the parties"), submit the following Joint Statement pursuant to Local Rule 16.1(D) and the Notice of Scheduling Conference issued by this court on May 25, 2004.

I.   AGREED-UPON DISCOVERY PLAN

The parties agree on the following proposed discovery plan:

1.   Non-expert discovery to be concluded on or before November 30, 2004. The parties do not anticipate the need to exceed the ten-per-side deposition limit set forth in Local Rule 26.1(c). If the need arises after discovery is commenced, the parties reserve the right to seek the court's approval.

2.   US Airways has the right to conduct an IME of the plaintiff, at its expense, on or before January 31, 2005.

3.   Plaintiff must provide the expert disclosure required pursuant to Fed. R. Civ. P. 26(a)(2) on or before January 31, 2005.

4. Depositions of plaintiff's expert(s) to be conducted on or before January 31, 2005.

5. Defendant must provide the expert disclosure required pursuant to Fed. R. Civ. P. 26(a)(2) on or before February 28, 2005.

6. With respect to expert depositions, the party noticing the deposition shall be responsible for paying the travel expenses and reasonable fees of the expert for time spent at the deposition pursuant to Fed. R. Civ. P. 26(b)(4). The parties shall be responsible for compensating their own experts for all preparation time.

II. PROPOSED SCHEDULE FOR THE FILING OF MOTIONS

All dispositive motions, including summary judgment motions pursuant to Fed. R. Civ. P. 56, shall be filed on or before December 31, 2005.

III. ADR AND TRIAL BY MAGISTRATE

The parties have been advised of alternative dispute resolution programs in accordance with Local Rule 16.1(D)(3), and they have attached herewith the required statement pursuant to Local Rule 16.1. The parties are not willing to consent to trial by magistrate, however, they will continue to discuss these options as the case progresses.

Plaintiff,
FLORENCE BICKMORE,
By her Attorneys,
The Kaplan/Bond Group

*David Kaplan (KMG)*
David B. Kaplan, BBO #258540
Boston Fish Pier
West Building – Suite 304
Boston, MA 02210
(617) 261-0080

Defendant,
US AIRWAYS, INC.,
By its Attorneys,
CAMPBELL CAMPBELL EDWARDS &
CONROY, PROFESSIONAL CORPORATION

*Kathleen M. Guilfoyle*
Richard P. Campbell, BBO # 071600
Kathleen M. Guilfoyle, BBO# 546512
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on 6/24/04

*Kathleen M. Guilfoyle*

2

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLORENCE BICKMORE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>US AIRWAYS )<br>)<br>Defendants. )<br>) | C.A. NO. 04-10326JLT |

## CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)

Defendant US Airways, Inc. ("US Airways") hereby certifies that its authorized representative has conferred with counsel for US Airways:

(a)   with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

US AIRWAYS, INC.,
By its Attorneys,

Campbell Campbell Edwards & Conroy
Professional Corporation

_____
Richard P. Campbell, BBO# 070600
Kathleen M. Guilfoyle, BBO# 546512
One Constitution Plaza
Boston, MA  02129
(617) 241-3000

_____
US AIRWAYS, INC.
By: Nisha Ramamurthy

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | | C.A. NO.:   04 10326 JLT |
| FLORENCE BICKMORE * | | |
| Plaintiff * | | |
| * | | |
| v. * | | |
| * | | |
| US AIRWAYS * | | |
| Defendants * | | |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

### Local Rule 16.1 (D)(3) Certification

I, David B. Kaplan, hereby certify that I have engaged in discussions with my client, Florence Bickmore, concerning a budget of costs for this litigation and an alternative dispute resolution mechanism, as required by Local Rule 16.1(D)(3).

                                                  Attorney for the Plaintiff,
                                                  FLORENCE BICKMORE

                                                  /s/ David B. Kaplan
                                                  DAVID B. KAPLAN
                                                  The Kaplan/Bond Group
                                                  Boston Fish Pier, West Building, Suite 304
                                                  Boston, MA  02210
                                                  (617) 261-0080
                                                  BBO No. 258540

DATED: 6/23/04