UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FLORENCE BICKMORE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-10326-JLT |
| | * | |
| US AIRWAYS, INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER

August 3, 2004

TAURO, J.

    For failure of Plaintiff to attend the Conference scheduled for August 3, 2004 at 10:15 a.m., this court hereby orders that:

1. This action is DISMISSED.

IT IS SO ORDERED.

                                          /s/ Joseph L. Tauro
                                       United States District Judge