UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO.:     04 10326 JLT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
FLORENCE BICKMORE                  \*
    Plaintiff                            \*
                                              \*
v.                                          \*
                                              \*
US AIRWAYS                            \*
    Defendants                         \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO REMOVE DEFAULT PURSUANT TO RULE 60(B)

Pursuant to Rule 60(b), plaintiff moves the Court to remove default judgment entered on August 3, 2004 and states as grounds therefor:

1. On August 3, 2004, plaintiff's counsel failed to appear for Scheduling Conference which notice had been electronically mailed on or about July 17, 2004;

2. Plaintiff's counsel did not receive said notice;

3. The Court entered an Order of Dismissal;

4. Upon review it appears that the said notice was never received by counsel due to a network virus (see affidavit of Gina L. DeAngelis).

WHEREFORE, Plaintiff seeks a removal of the Court's August 3 Order of Dismissal and a reinstatement of the action.

                                              Attorney for the Plaintiff,
                                            FLORENCE BICKMORE

                                            */s/ David B. Kaplan*
                                            DAVID B. KAPLAN
                                            The Kaplan/Bond Group
                                            Boston Fish Pier, West Building, Suite 304
                                            Boston, MA  02210
                                            (617) 261-0080
                                            BBO No. 258540

DATED: 8/4/04

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 10326 JLT

```
* * * * * * * * * * * * * * * * * * * * * * * *
FLORENCE BICKMORE              *
     Plaintiff                 *
                               *
v.                             *
                               *
US AIRWAYS                     *
     Defendants                *
* * * * * * * * * * * * * * * * * * * * * * * *
```

### AFFIDAVIT OF GINA L. DEANGELIS

1. My name is Gina L. DeAngelis. I am employed at The Kaplan/Bond Group as a legal secretary, where I work as the assistant to David B. Kaplan, Esq.

2. My computer was infected with a worm virus. Computer support personnel were called on several occasions to investigate and remedy this situation. It was discovered that my computer contracted this virus on May 4, 2004. In the time frame between May 4 and July 29, 2004, several electronically mailed notices from the Court were not received via my email.

3. The Notice to Appear for Scheduling Conference, electronically mailed to David B. Kaplan (whose email is delivered directly to my computer) on or about July 17, 2004, was never received by me. As a result, Mr. Kaplan failed to appear and the Court entered an Order of Dismissal.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED THIS 4th DAY OF AUGUST 2004.

*/s/ Gina L. DeAngelis*
Gina L. DeAngelis