UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
FLORENCE BICKMORE
        Plaintiff,
                                     )
      v.                             )        CIVIL ACTION
                                     )        NO.04-10326-JLT
US AIRWAYS, INC.                     )
        Defendant.                   )
```

### ORDER FOR CLOSURE

TAURO, District Judge

In light of the bankruptcy proceedings and in order to avoid the necessity for counsel to appear at periodic status conferences, it is hereby ORDERED that the above-entitled action be and hereby is CLOSED without entry of judgment. All material statutes of limitation are tolled as of the date of the filing of complaint herein as to all matters raised therein. The case may be reopened upon motion by any party demonstrating that the above-mentioned impediment to trial has been removed. This closure is without prejudice to either party moving to restore it to the docket upon completion/termination of all bankruptcy proceedings, if any further action is required.

```
                              BY THE COURT,
                                   /s/

                              Zita Lovett
                              Deputy Clerk
DATED: October 20,2004
```