UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO.:   04 10326 JLT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
FLORENCE BICKMORE            \*
    Plaintiff                  \*
                               \*
v.                             \*
                               \*
US AIRWAYS                    \*
    Defendants                 \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

This is to notify the Court and all parties to the above-action that The Kaplan/Bond Group has relocated its office to:

**THE KAPLAN/BOND GROUP**
**88 Black Falcon Avenue, Suite 301**
**Boston, MA 02210**

The Firm's telephone and facsimile numbers will remain the same.

Respectfully submitted,
by her attorney,

_____
DAVID B. KAPLAN, ESQUIRE
BBO No.: 258540
THE KAPLAN/BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080
(617) 261-1558 Fax

DATED: March 7, 2005