UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO.:  04 10326 JLT

* * * * * * * * * * * * * * * * * * * * * * * * *

FLORENCE BICKMORE            *
    Plaintiff                *
                     *
v.                           *
                     *
US AIRWAYS                   *
    Defendant                *

* * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF, FLORENCE BICKMORE'S STATUS REPORT

In accordance with this court's Notice dated October 12, 2005, plaintiff hereby submits a

Status Report.  The plaintiff states the following:

1.      February 17, 2004 – Complaint filed;

2.      April 15, 2004 – Answer filed on behalf of Defendant US Airways;

3.      May 26, 2004 – Notice of Scheduling Conference set for June 24, 2004;

4.      June 16, 2004 – Notice of Cancellation and Rescheduling of Scheduling Conference set for July 1, 2004;

5.      June 30, 2004 – Notice of Rescheduling.  Scheduling Conference rescheduled to August 3, 2004;

6.      September 15, 2004 – Defendant filed a Suggestion of Bankruptcy;

7.      October 20, 2004 – above entitled action was "terminated";

8.      March 1, 2005 – the action was "Reopened".

Prior to the case being "Reopended", counsel for the plaintiff was concerned about the

health of Ms. Bickmore.   Plaintiff's counsel notified defense counsel requesting that defense

counsel attend a video deposition of Ms. Bickmore on December 3, 2004.  Counsel declined the

invitation.

On August 11, 2005, a second deposition of the plaintiff, Ms. Bickmore, was conducted by Defense Counsel.  Plaintiff's counsel requested that the deposition be videotaped due to Ms. Bickmore's advancing age and deteriorating health.  In addition, Ms. Bickmore has been urged by family members to move to Nevada so that they may assist in her care.  Defense counsel refused to videotape this deposition.

On October 14, 2005, a 30(b)(6) deposition was conducted of the defendant, US Airways.

As of the date of this filing, other than the Local Rule 35.1 medical disclosures and the depositions as noted above, no other discovery has been completed.

Prior to filing suit (November 17, 2003), plaintiff's counsel submitted to the insurance representative a settlement package with a settlement demand of $250,000.  Further, plaintiff's counsel via communication dated September 16, 2005 again initiated settlement discussion with defense counsel.  No counteroffer has been received.

Therefore, plaintiff's counsel respectfully requests a hearing as soon as possible to clarify further discovery guidelines and establish a trial date as soon as the court's calendar will allow.

Counsel for the plaintiff is amenable to ADR in order to bring the matter to conclusion.

Respectfully submitted,
FLORENCE BICKMORE
By her attorney,


  /s/ David B. Kaplan
DAVID B. KAPLAN, ESQUIRE
BBO# 258540
THE KAPLAN/BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080

DATED:  October 21, 2005