UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 10326 JLT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
FLORENCE BICKMORE                  \*
    Plaintiff                            \*
                                             \*
v.                                            \*
                                             \*
US AIRWAYS                              \*
    Defendant                         \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION FOR A SPEEDY TRIAL**

The plaintiff requests that this matter be assigned a speedy trial date as plaintiff's health is failing.

On November 7, 2005, plaintiff contacted counsel indicating that she was "not good"; that her son requested that she move to Las Vegas, Nevada so that he may be the primary caregiver and, therefore, it is respectfully requested that this matter be assigned for immediate mediation and trial to follow if said mediation is unsuccessful.

        Respectfully submitted,
        FLORENCE BICKMORE
        By her attorney,


        /s/ David B. Kaplan
        DAVID B. KAPLAN, ESQUIRE
        BBO# 258540
        THE KAPLAN/BOND GROUP
        88 Black Falcon Avenue, Suite 301
        Boston, MA 02210
        (617) 261-0080

DATED: November 7, 2005