UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FLORENCE BICKMORE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-10326-JLT |
| | * | |
| US AIRWAYS, INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER

November 21, 2005

TAURO, J.

After a Conference held on November 21, 2005, this Court hereby orders that:

1. Trial will begin on December 5, 2005.

2. Defendant may take depositions as discussed in Court during the Conference on November 21, 2005.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge