UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FLORENCE BICKMORE,**
    Plaintiff,

    V                  CA 04-10326-JLT

**U.S. AIRWAYS,**
    Defendant.

## SETTLEMENT ORDER OF DISMISSAL

**TAURO, D.J.**

The court having been advised on December 1, 2005 by counsel for the parties that the above action has been settled:    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within **90** days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

Zita Lovett
/s/
_____
**Deputy Clerk**

December 2, 2005