UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLORENCE BICKMORE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>US AIRWAYS, INC. )<br>)<br>Defendants. )<br>) | C.A. NO. 04-10326JLT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Mass. R. Civ. P. 41(a)(1)(ii), the parties, through their respective attorneys, hereby stipulate that all claims of the parties in this action be dismissed with prejudice, without costs, and with all rights of appeal being waived.

| | |
|---|---|
| Plaintiff,<br>FLORENCE BICKMORE, | Defendant,<br>US AIRWAYS, INC., |
| By her Attorneys,<br>The Kaplan/Bond Group | By its Attorneys,<br>CAMPBELL CAMPBELL EDWARDS &<br>CONROY, PC |
| /s/ David B. Kaplan*<br>David B. Kaplan, BBO #258540<br>Boston Fish Pier<br>West Building – Suite 304<br>Boston, MA  02210<br>(617) 261-0080 | /s/ Kathleen M. Guilfoyle<br>Richard P. Campbell, BBO # 071600<br>Kathleen M. Guilfoyle, BBO# 546512<br>One Constitution Plaza<br>Boston, MA  02129<br>(617) 241-3000 |

Dated:  January 18, 2006
* per 1/18/06 authorization of David B. Kaplan

## CERTIFICATE OF SERVICE

      I, Kathleen M. Guilfoyle, hereby certify that on January 18, 2006, I electronically filed the foregoing Stipulation of Dismissal With Prejudice with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record.

                                              By:    /s/ Kathleen M. Guilfoyle
                                                          One Constitution Plaza, 3rd Floor
                                                          Boston, MA 02129
                                                          (617) 241-3000